IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA J. DAVIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 1:20-cv-1605-JMS-MJD ) |
| AHEPA MANAGEMENT COMPANY, INC., | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, having filed their Stipulation of Dismissal with Prejudice, and the Court, being duly advised herein, now finds that the Stipulation is granted [40].

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed, with prejudice.

SO ORDERED.

Date: 6/21/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

47193541.1